No. 96–6076. MENDEZ-ROSAS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 96–6093. FIGUEROA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6101. SARANCHAK v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–6120. BRASWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6132. MUA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6184. FLORES-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6271. WILLIAMS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–6284. McWEE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 96–6360. SNOW ET AL. v. HALFORD ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–6364. SCOTT ET UX. v. MANILLA ET AL. Ct. App. N. Y. Certiorari denied.

No. 96–6370. AMERSON v. IOWA ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–6392. OSBAND v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–6393. SHABAZZ v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–6399. SIMMS v. HARRISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.